SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br><br>Courtney L. Abdin, et al,<br><br><br><br>    Defendants | Case No.: CIV.S 08-cv-02912-JAM-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF COURTNEY L. ABDIN AND ORDER**<br><br><br>Complaint Filed:  DECEMBER 2, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Courtney L. Abdin) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remain open with remaining Defendants.  Defendant (Courtney L. Abdin) is dismissed because this Defendant has declared bankruptcy.

Dated: February 2, 2009                          /s/Scott N. Johnson_____
                                                 SCOTT N. JOHNSON
                                                 Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

3  Dated:  February 2, 2009                              /s/ John A. Mendez
                                                                    U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com